ROBERT P. GOLDEN, JR. *v.* JOHNSON MEMORIAL
HOSPITAL, INC., ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 66 Conn. App. 518 (AC 20196),
is denied.

BORDEN, J., did not participate in the consideration
or decision of this petition.

*Elizabeth J. Robbin,* in support of the petition.

*Amy F. Goodusky* and *Robert F. Kappes,* in oppo-
sition.

Decided December 20, 2001

ROGER GOULD ET AL. *v.* MELLICK AND SEXTON

NORMAN KEITH ET AL. *v.* MELLICK AND SEXTON

The defendant's petition for certification for appeal
from the Appellate Court, 66 Conn. App. 542 (AC 20228/
AC 20230), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the
trial court lacked authority to render summary judg-
ment because: (1) the case was complex; and (2) there
were disputed questions of facts?"

The Supreme Court docket number is SC 16659.

*David J. Robertson,* in support of the petition.

*Steven H. Solomson, Julia B. Morris, Robert B. Cohen*
and *James Stedronsky,* in opposition.

Decided December 20, 2001